**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE          **DATE: November 18, 2005**
❒ BOND HEARING
❒ DETENTION HEARING          **Digital Recording 2:11 – 2:19**
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05mj141-W     **DEFENDANT NAME:** Delmer Antonio Reyes-Gutierrez
**AUSA:** Clark Morris     **DEFT. ATTY:** Patricia Kemp
     **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** (   ) NO; ( √ )YES    **Name:** Beverly Childress

---

| | |
|---|---|
| √ | Date of Arrest November 16, 2005 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |

Detainer has been filed. Defendant waives detention hearing.
Preliminary examination set for November 29, 2005 at 10:00 a.m.