IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05mj141-W |
| | ) | |
| DELMER ANTONIO REYES-GUTIERREZ | ) | |

## **ORDER**

For good cause, it is ORDERED that a preliminary examination[1] is set in this case for November 29, 2005 at 10:00 a.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.  Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing. The Clerk is directed to provide an interpreter for this proceeding.

DONE, this 28th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant waived a detention hearing in this case.