MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE         AT    Montgomery, Alabama
DATE COMMENCED: November 29, 2005         AT    10:00 a.m.
DATE COMPLETED: November 29, 2005         AT    10:10 a.m.

UNITED STATES OF AMERICA                  *
vs                                        *         2:05mj141-SRW
DELMER ANTONIO REYES-GUTIERREZ            *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Clark Morris | | Donnie Bethel |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Beverly Childress, Interpreter

PROCEEDINGS:
(  ) NON-JURY TRIAL
( X ) OTHER PROCEEDINGS:    PRELIMINARY EXAMINATION

10:00 a.m.   Court convenes

10:01 a.m.   Government's direct testimony begins (Henderson)

10:09 a.m.   Government rests.

   Defendant has no witnesses

10:10 a.m.   Court finds probable cause and binds defendant over to the grand jury for further proceedings.