IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     *
    *
VS.     *     2:05mj141-SRW
    *
DELMER ANTONIO REYES-GUTIERREZ

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. David Henderson