IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:05cr296-A |
| ) | |
| DELMAR ANTONIO REYES- ) | |
| GUTIERREZ ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for December 28, 2005 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner:

DELMAR ANTONIO REYES-GUTIERREZ before the United States District Court at Montgomery, Alabama, Courtroom 5A, on the 28th day of December, 2005 at 10:00 o'clock a.m..

DONE this 15th day of December, 2005.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk