| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 12/28/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:22 - 11:51 |
| | **COURT REPORTER:** Risa Entrekin |

    x **ARRAIGNMENT**    ❏ **CHANGE OF PLEA**    x **CONSENT PLEA**
    ❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr296-A    **DEFENDANT NAME:** Delmar Antonio Reyes-Gutierrez
**AUSA:** Karl David Cooke    **DEFENDANT ATTORNEY:** Michael Peterson
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( )NO; (√)YES    Name: Beverly Childress
**DISCOVERY DISCLOSURE DATE:**

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❏ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere
    ❏ Not Guilty by reason of insanity
    x Guilty as to:
        X Count(s): 1
        ❏ Count(s):    ❏ dismissed on oral motion of USA
                ❏ to be dismissed at sentencing
❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ _____ Days to file pretrial motions  ❏ _____ Trial date or term
x **ORAL ORDER ADJUDICATING DEFENDANT GUILTY** as to Counts
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
x **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❏ Posting a $_____ bond;
    ❏ Trial on _____; or x Sentencing to be set by order
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
    ❏ Defendant requests time to secure new counsel
❏ **WAIVER** of Speedy Trial. **CRIMINAL TERM:**