IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:05cr296-WHA |
| DELMAR ANTONIO REYES-GUTIERREZ | ) |

## ORDER

Due to a conflict in the court's schedule, the sentencing in this case, previously scheduled for April 20, 2006, is RESCHEDULED for Tuesday, April 18, 2006, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 13th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE