# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | April 18, 2006 | AT: | 2:00 p.m. |
| DATE COMPLETED: | April 18, 2006 | AT: | 2:07 p.m. |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 2:05cr296-WHA |
| | ) | |
| DELMAR ANTONIO REYES-GUITIERREZ | ) | |

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| A. Clark Morris | Donnie W. Bethel |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jeffery Lee, USPO |
| Elna Behrman, Courtroom Deputy | Jakki Caple, USPO |
| Lisa Harden, Law Clerk | Beverly Childress, Interpreter |

COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Hearing commences.
Interpreter sworn.
Parties have reviewed the presentence report and have no objections.
The court admonishes the Defendant not to illegally reenter the United States.  If he does and is brought back
     before the court, he will receive the maximum sentence.
Sentence is stated.
No objections.
Sentence is ORDERED imposed as stated.
Defendant is advised of his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.
Court is adjourned.