| PROB 22 (Rev. 2/88) | | DOCKET NUMBER /Tran. Court} |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:05CR296-WHA |
| | | DOCKET NUMBER /Rec. Court} |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Delmar Antonio Reyes-Gutierrez<br><br>( no legal address, in USM Custody, WD/TX) | Middle District of Alabama | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable W. Harold Albritton, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>June 23, 2006 | TO<br>June 22, 2007 |

OFFENSE

Unlawful Re-Entry of a Deported Alien

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle   DISTRICT OF  Alabama

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/6/06
/Date/

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western   DISTRICT OF  Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-27-06
Effective Date

[signature]
United States District Judge